FILED
U.S. DISTRICT COURT
S/XXXXXX DIV.

2006 MAR 24 PM 4: 43

CLERK_____
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
## DUBLIN DIVISION

| | | |
|---|---|---|
| MELVIN DAVID LEWIS, | ) | |
| Plaintiff, | ) | |
| v. | ) | CV 304-96 |
| DON JARRIEL, | ) | |
| Defendant. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Defendant's motion for summary judgment is **GRANTED**. This civil action is **CLOSED** and judgment is **ENTERED** in favor of defendant.

SO ORDERED this _____ day of March, 2006.

_____
JOHN F. NANGLE, JUDGE
UNITED STATES DISTRICT COURT